USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 7/19/2024 _

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

CARVANA, LLC,                                                                                    23-cv-8616-KMK-VR

                                       Plaintiff,

                                                                                                **OPINION & ORDER**

                    -against-


INTERNATIONAL BUSINESS
MACHINES CORPORATION.,

                                       Defendant.

------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge**:

        On July 17, 2024, IBM filed a pre-motion letter[1] in connection with this case requesting

leave to file Plaintiff Carvana LLC and Defendant International Business Machines

Corporation's Notice of Joint Motion to Order Production of License Agreement (the "Joint

Motion") and the parties' [Proposed] Order Granting Plaintiff Carvana LLC's and Defendant

International Business Machines Corporation's Joint Motion to Order Production of License

Agreement (the "Proposed Order") under seal.  (ECF No. 96).

        To overcome the presumption of public access afforded to filed documents, the Court

must make specific, on the record findings that sealing is (1) necessary "to preserve higher

values," and (2) "is narrowly tailored to serve that interest."  *Lugosch v. Pyramid Co. of*

*Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).  Courts in this District routinely permit parties to

seal or redact commercially sensitive information to protect confidential business interests and

financial information.  *See, e.g., Rubik's Brand Ltd. v. Flambeau, Inc.,* No. 17-CV-6559 (PGG)

---

[1] Redacted versions of the "Joint Motion" and "Proposed Order" were publicly filed as ECF No. 98.  A version only viewable to "selected parties" was filed as ECF No. 97.

(KHP), 2021 WL 1085338, at *1 (S.D.N.Y. Mar. 22, 2021). The Court has reviewed the parties' proposed redactions and determined that they are narrowly tailored and redact only commercially sensitive information to protect confidential business interests.

Consequently, the Clerk of Court is respectfully directed to maintain ECF No. 97 under seal and only viewable to "selected parties."

Additionally, the Court has 'So Ordered' two versions of the parties' proposed joint order, one without redactions and one with them. The Clerk of Court is respectfully directed to docket the version without redactions under seal and only viewable to "selected parties." The version with redactions should be filed publicly on the docket.

Finally, the Clerk of Court is respectfully directed to close out the gavels on ECF Nos. 96, 97, and 98.

**SO ORDERED.**

DATED:     White Plains, New York
           July 19, 2024

VICTORIA REZNIK
United States Magistrate Judge