UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

Carvana, LLC,

Plaintiff,

-against-

International Business Machines Corporation,

Defendant.

------------------------------------------------------------------X

**ORDER**

7:23-cv-08616-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

In light of the Court's lifting of the stay on the case, (ECF No. 158), and adoption of

expert discovery deadlines, (ECF No. 161), the parties are directed to submit a joint status letter

by no later than April 24, 2026, updating the Court on the status of expert discovery.

**SO ORDERED.**

DATED:     White Plains, New York
           February 25, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 2/25/2026 __