**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARVANA, LLC, <br><br>                   Plaintiff and <br>                   Counterclaim Defendant, <br><br>   v. <br><br>INTERNATIONAL BUSINESS <br>MACHINES CORPORATION, <br><br>                   Defendant and <br>                   Counterclaim Plaintiff. | Case No. 1:23-cv-8616 (KMK) (VR) <br><br>**JURY TRIAL DEMANDED** |

**[~~PROPOSED~~] ORDER GRANTING MOTION TO FILE UNDER SEAL**

Having considered the Motion to File Under Seal, and good cause appearing therefore, the Parties may file the following documents under seal:

- Defendant and Counterclaim Plaintiff International Business Machines Corporation's Opposition to Plaintiff and Counterclaim Defendant Carvana, LLC's Motion to Stay Pending *Inter Partes* Review

- Exhibit 19 to Defendant and Counterclaim Plaintiff International Business Machines Corporation's Opposition to Plaintiff and Counterclaim Defendant Carvana, LLC's Motion to Stay Pending *Inter Partes* Review

These documents shall remain sealed until further order of the Court or until the conclusion of this litigation, at which time the clerk's office will return the sealed documents to Defendant's counsel of record.

     IT IS SO ORDERED.

DATED: March 30, 2026

_____
The Honorable Kenneth M. Karas
United States District Judge