**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Carvana, LLC,

                            Plaintiff,                                          23-cv-8616

        -against-                                                        **ORDER**

International Business Machines Corp.,
                            Defendant.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

        On February 25, 2026, the Court directed the parties to submit a joint

status letter by no later than April 24, 2026, updating the Court on the status of

expert discovery. (ECF No. 162). The Court has not yet received any such letter.

The parties are reminded to submit a joint status letter, which is now due **April**

**30, 2026**.

        **SO ORDERED.**

DATED:     White Plains, New York
           April 26, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge